UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

        NO. CIV. S-12-0433 LKK/CKD PS

    Plaintiff,

  v.

        O R D E R

CHASE HOME FINANCE LLC,
FANNIE MAE, NDEx WEST LLC,

    Defendants.
_____/

    This court issued a temporary restraining order in the above-captioned case on February 29, 2012. The temporary restraining order is set to expire on March 14, 2012, and a hearing on whether to issue a preliminary injunction is set for March 12, 2012. Defendants filed an opposition to the preliminary injunction on March 5, 2012. The court finds it appropriate to CONTINUE the hearing on the preliminary injunction to March 14, 2012 at 10:00 a.m. The court finds that good cause exists to extend the TRO to allow the court to properly consider the parties' papers. See Fed. R. Civ. P. 65(b)(2). The Temporary Restraining Order shall therefore remain in effect until March 16, 2012.

1

1    IT IS SO ORDERED.

2    DATED: March 9, 2012.

3

4

5                                    /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
6                                    UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26